AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

ADR

LIONEL N. ALLEN; RALPH P. DAVIS; MICHAEL OATEZ; MONICA OATEZ; M.O., a minor, by and through her guardian ad litem, MICHAEL OATEZ; MICHAEL A. FLEURY; and, JOHNNY D. STOKES,
                         Plaintiffs,
V.

CITY OF SAN LEANDRO, a municipal corporation; JOSEPH KITCHEN, in his capacity as Chief of Police of CITY OF SAN LEANDRO; and, DOES 1-25, inclusive, individually, and in their capacity as San Leandro police officers,
                         Defendants.

E-filing

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

C07-03509 EMC

TO:
CITY OF SAN LEANDRO, a municipal corporation; JOSEPH KITCHEN, in his capacity as Chief of Police of CITY OF SAN LEANDRO; and, DOES 1-25, inclusive, individually, and in their capacity as San Leandro police officers,

                         Defendants.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

JOHN L. BURRIS, Esq./State Bar # 69888
LAW OFFICES OF JOHN L. BURRIS
7677 Oakport Street, Suite 1120
Oakland, CA 94621
(510) 839-5200

GAYLA B. LIBET, Esq./ State Bar # 109173
LAW OFFICES OF GAYLA B. LIBET
486  41st Street, Suite 3
Oakland, CA 94609
(510) 420-0324

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING

_____           _____
CLERK                                DATE

(BY) DEPUTY CLERK

NDCAO440