E-filing

ADR

EMC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Lionel Allen, et al.,
    Plaintiff(s),

v.

City of San Leandro, et al.,
    Defendant(s).

No. C **C07-03509**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: 9-28-07

Signature: [signature]

Counsel for Plaintiffs
(Plaintiff, Defendant or indicate "pro se")