Kimberly E. Colwell, Esq. (SBN: 127604)
kcolwell@meyersnave.com
Tricia L. Hynes, Esq. (SBN: 212550)
thynes@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, CA  94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Defendants
CITY OF SAN LEANDRO, and
CHIEF JOSEPH KITCHEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIONEL N. ALLEN; RALPH P. DAVIS; MICHAEL OATEZ; MONICA OATEZ; M.O., a minor, by and through her guardian ad litem, MICHAEL OATEZ; MICHAEL A. FLEURY; and, JOHNNY D. STOKES,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>CITY OF SOUTH SAN FRANCISCO;, a municipal corporation; JOSEPH KITCHEN, in his capacity as Chief of Police for CITY OF SAN LEANDRO; and, DOES 1-25, inclusive, individually, and in their capacity as San Leandro police officers,<br><br>　　　　　　　Defendants. | Case No:  C07-03509<br><br>**DEFENDANTS' DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**<br><br>Complaint Filed:  July 5, 2007<br>Service Effective:  November 2, 2007 |

---

Defs' Declination and Request for Reassignment

COMES NOW DEFENDANTS CITY OF SAN LEANDRO and CHIEF JOSEPH KITCHEN who is "the undersigned party." The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby request the reassignment of this case to a United States District Judge.

Dated: November 13, 2007          Respectfully submitted,

MEYERS, NAVE, RIBACK, SILVER & WILSON

By: _____/S/_____
    Tricia L. Hynes
    Attorneys for Defendants
    CITY OF SAN LEANDRO and CHIEF KITCHEN

1029962_1.DOC