| | |
|---|---|
| 1 | John L. Burris, Esq. (SBN: 69888) |
| 2 | john.burris@johnburrislaw.com<br>LAW OFFICES |
| 3 | 7677 Oakport Street, Ste. 1120<br>Oakland, CA 94621 |
| 4 | Gayla B. Libet, Esq. (SBN: 109173) |
| 5 | glibet@sbcglobal.net<br>LAW OFFICES |
| 6 | 486 41st Street, #3<br>Oakland, CA 94609 |
| 7 | Attorneys for Plaintiffs<br>LIONEL ALLEN, RALPH DAVIS, MICHAEL OATEZ, |
| 8 | MONICA OATEZ, M.O., MICHAEL FLEURY and JOHNNY STOKES |
| 9 | Kimberly E. Colwell, Esq. (SBN: 127604) |
| 10 | kcolwell@meyersnave.com<br>Tricia L. Hynes, Esq. (SBN: 212550) |
| 11 | thynes@meyersnave.com<br>MEYERS, NAVE, RIBACK, SILVER & WILSON |
| 12 | 555 12th Street, Suite 1500<br>Oakland, CA 94607 |
| 13 | Telephone: (510) 808-2000<br>Facsimile: (510) 444-1108 |
| 14 | Attorneys for Defendants |
| 15 | CITY OF SAN LEANDRO and<br>CHIEF JOSEPH KITCHEN |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIONEL N. ALLEN; RALPH P. DAVIS; MICHAEL OATEZ; MONICA OATEZ; M.O., a minor, by and through her guardian ad litem, MICHAEL OATEZ; MICHAEL A. FLEURY; and, JOHNNY D. STOKES,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SOUTH SAN FRANCISCO;, a municipal corporation; JOSEPH KITCHEN, in his capacity as Chief of Police for CITY OF SAN LEANDRO; and, DOES 1-25, inclusive, individually, and in their capacity as San Leandro police officers,<br><br>Defendants. | Case No: C07-03509 PJH<br><br>**PARTIES' STIPULATION AND [~~Proposed~~] ORDER ALLOWING PLAINTIFFS TO FILE A FIRST AMENDED COMPLAINT**<br><br>Complaint Filed: July 5, 2007 |

Parties' Stipulation and [Proposed] Order Allowing Plaintiffs to File a First Amended Complaint [C07-03509 PJH]

THE PARTIES HEREBY STIPLATE TO THE FOLLOWING:

Plaintiffs will be filing a First Amended Complaint within the next thirty days. As such, the Defendants will not be filing a responsive pleading to the Complaint currently on file, but will file a responsive pleading to the First Amended Complaint.

Dated: November 27, 2007     Respectfully submitted,

LAW OFFICES OF GAYLA B. LIBET

By: _____/s/_____
Gayla B. Libet
Attorneys for Plaintiffs
LIONEL ALLEN, RALPH DAVIS, MICHAEL OATEZ, MONICA OATEZ, M.O., MICHAEL FLEURY and JOHNNY STOKES

Dated: November 27, 2007     Respectfully submitted,

MEYERS, NAVE, RIBACK, SILVER & WILSON

By: _____/s/_____
Tricia L. Hynes
Attorneys for Defendants
CITY OF SAN LEANDRO and
CHIEF JOSEPH KITCHEN

IT IS SO ORDERED:

Dated: 11/29/07

_____
HONORABLE _____ TO____
Judge, United States ____ Northern District

IT IS SO ORDERED
[Signature]
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1032663_1.DOC