| | |
|---|---|
| 1 | Kimberly E. Colwell (SBN: 127604) |
| 2 | kcolwell@meyersnave.com<br>Tricia L. Hynes. (SBN: 212550) |
| 3 | thynes@meyersnave.com<br>MEYERS, NAVE, RIBACK, SILVER & WILSON |
| 4 | 555 12th Street, Suite 1500<br>Oakland, CA  94607 |
| 5 | Telephone: (510) 808-2000<br>Facsimile: (510) 444-1108 |
| 6 | Attorneys for Defendants |
| 7 | CITY OF SAN LEANDRO and<br>CHIEF JOSEPH KITCHEN |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIONEL N. ALLEN; RALPH P. DAVIS; MICHAEL OATEZ; MONICA OATEZ; M.O., a minor, by and through her guardian ad litem, MICHAEL OATEZ; MICHAEL A. FLEURY; and, JOHNNY D. STOKES,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SOUTH SAN FRANCISCO;, a municipal corporation; JOSEPH KITCHEN, in his capacity as Chief of Police for CITY OF SAN LEANDRO; and, DOES 1-25, inclusive, individually, and in their capacity as San Leandro police officers,<br><br>Defendants. | Case No:  C07-03509 PJH<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>Complaint Filed:  July 5, 2007 |

1 | Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: December 4, 2007          Respectfully submitted,

MEYERS, NAVE, RIBACK, SILVER & WILSON


By: _____/s/_____
     Tricia L. Hynes
     Attorneys for Defendants
     CITY OF SAN LEANDRO and
     CHIEF JOSEPH KITCHEN

1035228_1.DOC