JOHN L. BURRIS, Esq./ State Bar # 69888
LAW OFFICES OF JOHN L. BURRIS
7677 Oakport Street, Suite 1120
Oakland, CA 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
E-Mail:    John.burris@johnburrislaw.com

Attorneys for Plaintiff

GAYLA B. LIBET, Esq./ State Bar # 109173
LAW OFFICES OF GAYLA B. LIBET
486 41st Street, # 3
Oakland, CA 94609
Telephone and Facsimile:  (510) 420-0324
E-Mail:  Glibet@sbcglobal.net

Attorneys for Plaintiff

Kimberly E. Colwell, Esq./ State Bar # 127604
Tricia L. Hynes, Esq./ State Bar # 212550
Meyers, Nave, Riback, Silver & Wilson
555 12th Street, Suite 1500
Oakland, CA 94607
Telephone: (510) 808-2000
Facsimile:  (510) 444-1108
E-Mail:  Thynes@meyersnave.com

Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIONEL N. ALLEN; RALPH P. DAVIS; MICHAEL OATEZ; MONICA OATEZ; M.O., a minor, by and through her guardian ad litem, MICHAEL OATEZ; MICHAEL A. FLEURY; and, JOHNNY D. STOKES,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SAN LEANDRO, a municipal corporation; JOSEPH KITCHEN, in his capacity as Chief of Police for CITY OF SAN LEANDRO; and, DOES 1-25, inclusive, individually, and in their capacity as San Leandro police officers,<br><br>Defendants. | Action No. C-07-03509-PJH<br><br>**STIPULATION AND PROPOSED ORDER FOR CONTINUATION OF CASE MANAGEMENT CONFERENCE** |

## STIPULATION

All parties to this action stipulate and agree, by and through their respective counsel, as follows:

1. Plaintiffs will be filing First Amended Complaint by no later than December 27, 2007. Thus, defendants will not be filing a responsive pleading to the original Complaint, but will file a responsive pleading to plaintiffs' First Amended Complaint;

2. The parties have filed a Stipulation and Proposed Order Allowing Plaintiffs to File a First Amended Complaint;

3. Since no responsive pleading has been filed by defendants, and the case has not progressed further at this time, a Case Management Conference at this time would not be useful to the parties and would waste the Court's time; and,

4. Therefore, the parties request that this Court continue the Case Management Conference presently scheduled for December 13, 2007 at 2:30 p.m. and the Case Management Conference Statement, presently due on December 6, 2007, for approximately two (2) months.

LAW OFFICES OF GAYLA B. LIBET

Dated: 12-5-07          By: _____
                             GAYLA B. LIBET, Esq.
                             Attorneys for Plaintiffs

LAW OFFICES OF JOHN L. BURRIS

Dated: 12-5-07          By: _____
                             JOHN L. BURRIS, Esq.
                             Attorneys for Plaintiffs

MEYERS, NAVE, RIBACK, SILVER & WILSON

Dated: 12/5/07          By: _____
                             TRICIA L. HYNES, Esq.
                             Attorneys for Defendants

1

2 **ORDER**

3 PURSUANT TO STIPULATION, IT IS SO ORDERED.

4

5 Dated:_____ _____

6 HONORABLE PHYLLIS J. HAMILTON

7 United States District Court Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28