Kimberly E. Colwell (SBN: 127604)
kcolwell@meyersnave.com
Tricia L. Hynes (SBN: 212550)
thynes@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, CA 94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Defendants
CITY OF SAN LEANDRO, and
CHIEF JOSEPH KITCHEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIONEL N. ALLEN; RALPH P. DAVIS; MICHAEL OATEZ; MONICA OATEZ; M.O., a minor, by and through her guardian ad litem, MICHAEL OATEZ; MICHAEL A. FLEURY; and, JOHNNY D. STOKES,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SAN LEANDRO, a municipal corporation; JOSEPH KITCHEN, in his capacity as Chief of Police for CITY OF SAN LEANDRO; and, DOES 1-25, inclusive, individually, and in their capacity as San Leandro police officers,<br><br>Defendants. | Case No: C07-03509 PJH<br><br>**NOTICE OF UNAVAILABILITY OF COUNSEL**<br><br>Complaint Filed: July 5, 2007<br>Service Effective: November 2, 2007 |

Notice of Unavailability of Counsel [C07-03509 PJH]

1  TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

2  NOTICE IS HEREBY GIVEN that Tricia L. Hynes, counsel for Defendants City of San
3  Leandro and Chief Joseph Kitchen will be unavailable December 21, 2007 through January 2, 2008,
4  for all purposes including but not limited to receiving notice of any kind, appearing in court,
5  responding to ex parte applications, filing papers, responding to communications, or attending
6  depositions. (See *Tenderloin Housing Clinic v. Sparks* (1992) 8 Cal. App. 4th 299, 304-305.)

Dated: December 7, 2007            Respectfully submitted,

MEYERS, NAVE, RIBACK, SILVER & WILSON

By: _____
Tricia L. Hynes
Attorneys for Defendants
CITY OF SAN LEANDRO and CHIEF JOSEPH KITCHEN

1036727_1

Notice of Unavailability of Counsel [C07-03509 PJH]                                    1