UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LIONEL N. ALLEN, et al.

                              CASE NO. C07-03509 PJH

        Plaintiff(s),

    v.                                     NOTICE OF NEED FOR ADR PHONE CONFERENCE

CITY OF SAN LEANDRO, et al.

        Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and that they:

✓    have not yet reached an agreement to an ADR process
      request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference February 14, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Tricia L. Hynes | City of San Leandro | (510) 808.2000 | thynes@meyersnave.com |
| John L. Burris | Plaintiffs | (510) 839.5200 | john.burris@johnburrislaw.com |
| Gayla B. Libet | Plaintiffs | (510) 420.0324 | glibet@sbcglobal.net |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated:_____

                                                                 Attorney for Plaintiff

Dated: Jan 24, 2008                            Tricia L. Hynes
                                                                 Attorney for Defendant

Rev 12.05