JOHN L. BURRIS, Esq./ State Bar # 69888
LAW OFFICES OF JOHN L. BURRIS
7677 Oakport Street, Suite 1120
Oakland, CA 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
E-Mail:   John.burris@johnburrislaw.com

Attorneys for Plaintiff

GAYLA B. LIBET, Esq./ State Bar # 109173
LAW OFFICES OF GAYLA B. LIBET
486 41st Street, # 3
Oakland, CA 94609
Telephone and Facsimile: (510) 420-0324
E-Mail:   Glibet@sbcglobal.net

Attorneys for Plaintiff

Kimberly E. Colwell, Esq./ State Bar # 127604
Tricia L. Hynes, Esq./ State Bar # 212550
Meyers, Nave, Riback, Silver & Wilson
555 12th Street, Suite 1500
Oakland, CA 94607
Telephone: (510) 808-2000
Facsimile:  (510) 444-1108
E-Mail:  Thynes@meyersnave.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIONEL N. ALLEN; RALPH P. DAVIS; MICHAEL OATEZ; MONICA OATEZ; M.O., a minor, by and through her guardian ad litem, MICHAEL OATEZ; MICHAEL A. FLEURY; and, JOHNNY D. STOKES,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SAN LEANDRO, a municipal corporation; JOSEPH KITCHEN, in his capacity as Chief of Police for CITY OF SAN LEANDRO; and, DOES 1-25, inclusive, individually, and in their capacity as San Leandro police officers,<br><br>Defendants. | Action No. C-07-03509-PJH<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR CONTINUATION OF CASE MANAGEMENT CONFERENCE |

## STIPULATION

All parties to this action stipulate and agree, by and through their respective counsel, as follows:

1. Plaintiff's counsel, Ms. Libet, was very ill, including hospitalization, and has just become well enough to prepare the First Amended Complaint. Hence, plaintiffs are just now filing a First Amended Complaint in this action. Thus, defendants will not be filing a responsive pleading to the original Complaint, but will file a responsive pleading to plaintiffs' First Amended Complaint;

2. The parties have previously filed a Stipulation and Proposed Order Allowing Plaintiffs to File a First Amended Complaint;

3. Since no responsive pleading has been filed by defendants, and the case has not progressed further, a Case Management Conference at this time would not be useful to the parties and would waste the Court's time; and,

4. Therefore, the parties request that this Court continue the Case Management Conference presently scheduled for February 14, 2008 at 2:30 p.m. and the Case Management Conference Statement, presently due on February 7, 2008, for approximately one and a half months.

LAW OFFICES OF GAYLA B. LIBET

Dated: 1-24-08    By: _/s/ Gayla B. Libet_
GAYLA B. LIBET, Esq.
Attorneys for Plaintiffs

LAW OFFICES OF JOHN L. BURRIS

Dated: 1-24-08    By: _/s/ John L. Burris_
JOHN L. BURRIS, Esq.
Attorneys for Plaintiffs

| | |
|---|---|
| 1 | |
| 2 | MAYERS, NAVE, RIBACK, SILVER & WILSON |
| 3 | |
| 4 | Dated: 1/24/08    By: _____ |
| 5 | TRICIA L. HYNES, Esq. |
| 6 | Attorneys for Defendants |
| 7 | ORDER |
| 8 | |
| 9 | PURSUANT TO STIPULATION, IT IS SO ORDERED. |
| 10 | |
| 11 | Dated: 1/28/08    _____ |
| 12 | HONORABLE |
| 13 | United States |
| 14 | CASE MANAGEMENT CONFERENCE CONTINUED TO 3/27/08 AT 2:30 P.M. A JOINT CASE MANAGEMENT CONFERENCE STATEMENT SHALL BE FILED BY 3/20/08. |



IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA