UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**CLERK'S NOTICE TO ALL PARTIES WITH A CASE MANAGEMENT CONFERENCE SET ON MARCH 27, 2008**

YOU ARE HEREBY NOTIFIED that all Case Management Conferences set on March 27, 2008 before the Honorable Phyllis J. Hamilton will begin at 1:30 p.m. instead of 2:30 p.m.

Richard W. Wieking
Clerk, U.S. District Court

by:_____
Nichole Heuerman, Deputy Clerk
Honorable Phyllis J. Hamilton
(415) 522-2023

Dated: March 10, 2008