United States District Court
Northern District of California

1
2
3
4
5
6
7
8              **UNITED STATES DISTRICT COURT**

9                 **Northern District of California**

10   Allen,                                    07-03509 PJH

11                    Plaintiff(s),            **NOTICE RE: NONCOMPLIANCE
                                               WITH COURT ORDER**
12          v.

13   City of San Leandro,

14                    Defendant(s).

15

16          The parties have failed to file an ADR Certification and either a Stipulation and

17   [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone

18   Conference as required by the Initial Case Management Scheduling Order.  Counsel

19   shall Meet and Confer forthwith in an attempt to agree on an ADR process for this

20   matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file

21   an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting

22   ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b),

23   ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available

24   at www.adr.cand.uscourts.gov.)

25

26          Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a

27   copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax

28   (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

---

1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment

2  to an e-mail directed to adr@cand.uscourts.gov.

3

4      It is the responsibility of counsel to schedule an ADR Phone Conference, if

5  required, to occur before the Case Management Conference.

6

7

8  Dated: March 13, 2008

9                                           RICHARD W. WIEKING

10                                           Clerk
                                         by:   Timothy J. Smagacz

11

12                                           ADR Administrative Assistant

13                                           415-522-4205
                                         Tim_Smagacz@cand.uscourts.gov

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Notice Re: Noncompliance With Court Order**
07-03509 PJH                         -2-

**United States District Court**
**Northern District of California**

**PROOF OF SERVICE**

Case Name:          Allen v. City of San Leandro

Case Number:       07-03509 PJH

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.  I am over the age of eighteen (18) years and not a party to the action. My business address is:

      ADR Program
      United States District Court
      Norther District of California
      450 Golden Gate Avenue Floor 16
      San Francisco, CA 94102

On March 13, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

      Gayla B. Libet
      Law Offices of Gayla B. Libet
      486 41st Street, #3
      Oakland, CA 94609
      glibet@sbcglobal.net

      John L. Burris
      Law Offices of John L. Burris
      7677 Oakport Street
      Suite 1120
      Airport Corporate Centre
      Oakland, CA 94621
      john.burris@johnburrislaw.com

      Tricia L. Hynes
      Meyers Nave Riback Silver & Wilson
      555 12th Street
      Suite 1500
      Oakland, CA 94607
      thynes@meyersnave.com

Kimberly E. Colwell
Meyers Nave Riback Silver & Wilson
555 12th Street, Suite 1500
Oakland, CA 94607
kcolwell@meyersnave.com


[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:


I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on March 13, 2008 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by:    Timothy J. Smagacz

_____
ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov