# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Allen, | 07-03509 PJH ENE |
| Plaintiff(s), | **Notice of Appointment of Evaluator** |
| v. | |
| City of San Leandro, | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Evaluator assigned to this case is:

**Donna J. Brorby**
Law Office of Donna Brorby
605 Market St., 9th Floor
San Francisco, CA 94105-3211
415-348-0853
lodb@earthlink.net

Counsel shall familiarize themselves with the requirements of ADR L.R. 5 which governs the ENE program. The evaluator will schedule a joint phone conference with counsel under ADR L.R. 5-7 and will set the date of the ENE session within the deadlines set by ADR L.R. 5-5 or the court order referring this action to ENE. The court permits the evaluator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Evaluator**
07-03509 PJH ENE                                            - 1 -

1  Counsel are reminded that the written ENE statements required by the ADR L.R.
2  5-8 shall NOT be filed with the court.

3

4  Dated: March 21, 2008

5  RICHARD W. WIEKING
   Clerk
6  by:    Claudia M. Forehand

7  

8  ADR Case Administrator
   415-522-2059
9  Claudia_Forehand@cand.uscourts.gov

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
**Northern District of California**

**Notice of Appointment of Evaluator**
07-03509 PJH ENE                              - 2 -