1  Kimberly E. Colwell (SBN: 127604)
   kcolwell@meyersnave.com
2  Tricia L. Hynes (SBN: 212550)
   thynes@meyersnave.com
3  MEYERS, NAVE, RIBACK, SILVER & WILSON
   555 12th Street, Suite 1500
4  Oakland, CA  94607
   Telephone: (510) 808-2000
5  Facsimile: (510) 444-1108

6  Attorneys for Defendants
   CITY OF SAN LEANDRO, and
7  CHIEF JOSEPH KITCHEN

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11 | LIONEL N. ALLEN; RALPH P. DAVIS; | Case No:  C07-03509 PJH
   | MICHAEL OATEZ; MONICA OATEZ; M.O., |
12 | a minor, by and through her guardian ad litem, |
   | MICHAEL OATEZ; MICHAEL A. FLEURY; | **NOTICE OF UNAVAILABILITY OF**
13 | and, JOHNNY D. STOKES, | **COUNSEL**

14                Plaintiffs,

15 v.

16 | CITY OF SAN LEANDRO, a municipal
   | corporation; JOSEPH KITCHEN, in his
17 | capacity as Chief of Police for CITY OF SAN | Complaint Filed:  July 5, 2007
   | LEANDRO; and, DOES 1-25, inclusive,
18 | individually, and in their capacity as San
   | Leandro police officers,
19
20               Defendants.

21
22
23
24
25
26
27
28

Notice of Unavailability of Counsel [C07-03509 PJH]

1  TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

2  NOTICE IS HEREBY GIVEN that Tricia L. Hynes, counsel for Defendants City of San
3  Leandro and Chief Joseph Kitchen will be unavailable March 28, 2008 through April 7, 2008, for all
4  purposes including but not limited to receiving notice of any kind, appearing in court, responding to ex
5  parte applications, filing papers, responding to communications, or attending depositions.  (See
6  *Tenderloin Housing Clinic v. Sparks* (1992) 8 Cal. App. 4th 299, 304-305.)

8  Dated:  March 26, 2008                    Respectfully submitted,

9                                            MEYERS, NAVE, RIBACK, SILVER & WILSON

11                                           By:  _____/s/_____
                                                  Tricia L. Hynes
12                                                Attorneys for Defendants
                                                  CITY OF SAN LEANDRO and CHIEF JOSEPH
13                                                KITCHEN

15  1036727_2.DOC