**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTES**

Date: March 27, 2008                                    JUDGE: Phyllis J. Hamilton

Case No: C-07-3509 PJH

Case Name: Lionel N. Allen, et al. v. City of San Leandro, et al.

Attorney(s) for Plaintiff:        No appearance
Attorney(s) for Defendant:     Tricia L. Hynes

**Deputy Clerk**: Nichole Heuerman            **Court Reporter**: Not Reported

**PROCEEDINGS**

   Initial Case Management Conference-Held.  Plaintiff counsel Ms. Libet does not appear in court.  The court to issue an order to show cause.  The order to show cause hearing is set for 4/17/08 at 2:30 p.m.

**Order to be prepared by:**   [] Pl [] Def  [x]  Court

**Notes:**

**cc:** chambers file