IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LIONEL N. ALLEN, et al.,

        Plaintiff,

  v.

CITY OF SAN LEANDRO, et al.,

        Defendant.

No. C 07-3509 PJH

**ORDER TO SHOW CAUSE**

A case management conference was scheduled for March 27, 2008. the parties properly and timely filed a case management statement as required. However, ten minutes before the calling of the case, plaintiff's counsel contacted the clerk for the undersigned judge and requested to appear telephonically. When advised that she could not, she indicated that could not appear because her mother was ill. It is inconceivable to the court that plaintiff's counsel was unaware of her hardship until ten minutes before her court appearance, yet she made no effort to obtain a continuance in a manner that would not inconvenience opposing counsel who also had to make an unnecessary trip to the courthouse from the East Bay.

Accordingly, the court hereby issues an ORDER TO SHOW CAUSE why plaintiff's counsel should not be sanctioned for such conduct. A hearing on the OSC will take place on April 17, 2008 at 2:30 pm. If plaintiff's counsel is successful in discharging the OSC, an initial case management conference will be held.

**IT IS SO ORDERED.**

Dated: March 27, 2008

PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE