UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**<u>CLERK'S NOTICE TO ALL PARTIES WITH A CASE MANAGEMENT CONFERENCE SET ON APRIL 17, 2008</u>**

YOU ARE HEREBY NOTIFIED that due to a scheduling conflict the court will begin the case management conference calendar at 1:30 p.m. The parties for each matter on calendar shall meet and confer via telephone and confirm their availability to appear at 1:30 p.m. Any parties that are not able to appear at 1:30 p.m. shall appear at 2:30 p.m. as previously scheduled.

Richard W. Wieking
Clerk, U.S. District Court

by:_____
Nichole Heuerman, Deputy Clerk
Honorable Phyllis J. Hamilton
(415) 522-2023

Dated: April 16, 2008