**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTES**

**Date: April 17, 2008**                                              **JUDGE:  Phyllis J. Hamilton**

**Case No:  C-07-3509  PJH**

**Case Name:** Lionel N. Allen, et al. v. City of San Leandro, et al.

**Attorney(s) for Plaintiff:**      John Burris; Gayla Libet
**Attorney(s) for Defendant:**   Tricia L. Hynes

**Deputy Clerk**: Nichole Heuerman                **Court Reporter**: Not Reported

**PROCEEDINGS**

     Order to Show Cause/Case Management Conference-Held.  The court discharges the order to show cause.  The parties request to withdraw referral to ENE is granted by the court.  The parties are referred to private mediation to be completed by 9/1/08.  If the mediation is not successful the parties shall return on 9/25/08 at 2:30 p.m. for a Further Case Management Conference.

**Order to be prepared by:**   [] Pl [] Def  []  Court

**Notes:**

**cc:** chambers file; ADR