JOHN L. BURRIS, Esq./ State Bar # 69888
LAW OFFICES OF JOHN L. BURRIS
7677 Oakport Street, Suite 1120
Oakland, CA 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882

GAYLA B. LIBET, Esq./ State Bar # 109173
LAW OFFICES OF GAYLA B. LIBET
486 41st Street, Suite 3
Oakland, CA 94609
Telephone and Facsimile: (510) 420-0324

Attorneys for Plaintiffs

KIMBERLY E. COLWELL, Esq./ State Bar # 127604
TRICIA L. HYNES, Esq./ State Bar # 212550
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, CA 94607
Telephone: (510) 808-2000
Facsimile:  (510) 444-1108

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIONEL N. ALLEN; RALPH P. DAVIS; MONICA OATEZ; MICHAEL OATEZ; MARWAN OATEZ; JOHNNY D. STOKES, and, MICHAEL A. FLEURY, | Action No. C-07-03509-PJH |
| | STIPULATION AND ~~PROPOSED~~ ORDER FOR CONTINUATION OF CASE MANAGEMENT CONFERENCE |
| Plaintiffs, | |
| vs. | |
| CITY OF SAN LEANDRO, a municipal corporation; JOSEPH KITCHEN, in his capacity as Chief of Police for CITY OF SAN LEANDRO; and, DOES 1-25, inclusive, individually, and in their capacity as San Leandro police officers, | |
| Defendants. | |

## STIPULATION

All parties to this action stipulate and agree, by and through their respective counsel, as follows:

1. The CITY OF SAN LEANDRO Council has approved settlement of this action in an amount which had already been agreed to by all parties to this action, defendants' counsel have delivered a

"Release of All Claims" for signature by all plaintiffs and their counsel;

2. Once the "Release of All Claims" has been executed and returned to defendants' attorneys, the settlement check will then be delivered by defense counsel to plaintiffs' attorneys at the Law Offices of John L. Burris;

3. Upon receipt of the settlement check for this action by plaintiffs' attorneys at the Law Offices of John L. Burris, the Stipulation and Order for Dismissal of Action will then be filed with this Court;

4. Therefore, the parties request that this Court continue the Case Management Conference presently scheduled for September 25, 2008 and the Joint Updated Case Management Conference Statement, for approximately two (2) months.

LAW OFFICES OF GAYLA B. LIBET

Dated: 9-22-08     By: _Gayla B. Libet_
                        GAYLA B. LIBET, Esq.
                        Attorneys for Plaintiffs

LAW OFFICES OF JOHN L. BURRIS

Dated: 9/22/08     By: _John Burris_
                        JOHN L. BURRIS, Esq.
                        Attorneys for Plaintiffs

MEYERS, NAVE, RIBACK, SILVER & WILSON

Dated:_____     By:_____
                        KIMBERLY E. COLWELL, Esq.
                        Attorneys for Defendants

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:_____     _____
                        HONORABLE PHYLLIS J. HAMILTON
                        United States District Court Judge

"Release of All Claims" for signature by all plaintiffs and their counsel;

2. Once the "Release of All Claims" has been executed and returned to defendants' attorneys, the settlement check will then be delivered by defense counsel to plaintiffs' attorneys at the Law Offices of John L. Burris;

3. Upon receipt of the settlement check for this action by plaintiffs' attorneys at the Law Offices of John L. Burris, the Stipulation and Order for Dismissal of Action will then be filed with this Court;

4. Therefore, the parties request that this Court continue the Case Management Conference presently scheduled for September 25, 2008 and the Joint Updated Case Management Conference Statement, for approximately two (2) months.

LAW OFFICES OF GAYLA B. LIBET

Dated:_____  By:_____
GAYLA B. LIBET, Esq.
Attorneys for Plaintiffs

LAW OFFICES OF JOHN L. BURRIS

Dated:_____  By:_____
JOHN L. BURRIS, Esq.
Attorneys for Plaintiffs

MEYERS, NAVE, RIBACK, SILVER & WILSON

Dated: September 22, 2008  By:_____
TRICIA HYNES, Esq.
Attorneys for Defendants

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.
Case Management Conference continued to December 4, 2008 at 2:30 p.m.

Dated: 9/23/08 _____

_____
HONORABLE PHYLLIS J.
United States District Court

IT IS SO ORDERED
Judge Phyllis J. Hamilton

STIPULATION AND PROPOSED ORDER FOR CONTINUATION OF CASE MANAGEMENT CONFERENCE                    2