```
JOHN L. BURRIS, Esq./ State Bar # 69888
LAW OFFICES OF JOHN L. BURRIS
7677 Oakport Street, Suite 1120
Oakland, CA 94621
Telephone: (510) 839-5200
Facsimile:  (510) 839-3882

GAYLA B. LIBET, Esq./ State Bar # 109173
LAW OFFICES OF GAYLA B. LIBET
486 41st Street, Suite 3
Oakland, CA 94609
Telephone and Facsimile: (510) 420-0324

Attorneys for Plaintiffs

KIMBERLY E. COLWELL, Esq./ State Bar # 127604
TRICIA L. HYNES, Esq./ State Bar # 212550
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, CA 94607
Telephone: (510) 808-2000
Facsimile:  (510) 444-1108

Attorneys for Defendants
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIONEL N. ALLEN; RALPH P. DAVIS; MONICA OATEZ; MICHAEL OATEZ; MARWAN OATEZ; JOHNNY D. STOKES, and, MICHAEL A. FLEURY,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SAN LEANDRO, a municipal corporation; JOSEPH KITCHEN, in his capacity as Chief of Police for CITY OF SAN LEANDRO; and, DOES 1-25, inclusive, individually, and in their capacity as San Leandro police officers,<br><br>Defendants. | Action No. C-07-03509-PJH<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ACTION** |

**STIPULATION**

All parties hereby stipulate and agree, by and through their respective counsel, as follows:

1. That plaintiffs dismiss this action with prejudice.

1
2                              LAW OFFICES OF GAYLA B. LIBET
3
4   Dated: November 17, 2008      By:    /s/ Gayla B. Libet
5                                        GAYLA B. LIBET, Esq.
                                         Attorneys for Plaintiffs
6
7                              LAW OFFICES OF JOHN L. BURRIS
8
9
10  Dated:_____ By:_____
                                         JOHN L. BURRIS, Esq.
11                                       Attorneys for Plaintiffs
12
13                             MEYERS, NAVE, RIBACK, SILVER & WILSON
14
15  Dated:_____ By:_____
                                         KIMBERLY E. COLWELL, Esq.
16                                       Attorneys for Defendants
17
18                                   **ORDER**
19
        PURSUANT TO STIPULATION, IT IS SO ORDERED.
20
21  Dated:_____      _____
22                                         HONORABLE PHYLLIS J. HAMILTON
                                           United States District Court Judge
23
24
25
26
27
28

STIPULATION AND ORDER FOR DISMISSAL OF ACTION                                          2

LAW OFFICES OF GAYLA B. LIBET

Dated:_____ By:_____
GAYLA B. LIBET, Esq.
Attorneys for Plaintiffs

LAW OFFICES OF JOHN L. BURRIS

Dated:___11/17/08___ By:_____
JOHN L. BURRIS, Esq.
Attorneys for Plaintiffs

MEYERS, NAVE, RIBACK, SILVER & WILSON

Dated:___11/17/08___ By:_____
KIMBERLY E. COLWELL, Esq.
Attorneys for Defendants

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:__11/21/08_____               _____
HONORABLE PHYLLIS J. HAMILTON
United States District Judge

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA